# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| HARRY H. JOHNSON III, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-CV-04081-NKL |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Harry H. Johnson III and Defendant United States of America stipulate to the dismissal with prejudice of the causes of action and claims asserted against the United States of America, each party to bear its own costs incurred.

**ATTACHMENT 1**
STIPULATION FOR COMPROMISE SETTLEMENT
AGREEMENT AND RELEASE OF CLAIMS

Respectfully submitted,

By: /s/ *Brewster S. Rawls*
Brewster S. Rawls – VSB No. 23604
Rachel P. Maryan – VSB No. 86092
Rawls Law Group, P.C.
211 Rocketts Way, Suite 100
Richmond, VA 23231
(804) 344-0038
(804) 782-0133 – Facsimile
brawls@rawlslawgroup.com
rmaryan@rawlslawgroup.com

Tim Van Ronzelen MO #44382
Cook, Vetter, Doerhoff & Landwehr, P.C.
231 Madison Street
Jefferson City, MO 65101
(573) 635-7977 ext. 110
(573) 635-7414 – Facsimile
tvanronzelen@cvdl.net
ATTORNEYS FOR PLAINTIFF


Thomas M. Larson
Acting United States Attorney

By: */s/ Matthew N. Sparks*
Matthew N. Sparks MO #63260
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3130
Facsimile:   (816) 426-3165
E-mail:   matt.sparks@usdoj.gov
ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                        */s/ Matthew N. Sparks*
                                                    Assistant United States Attorney